FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 05, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER WALSH,<br><br>     Plaintiff,<br><br> v.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>     Defendant. | NO. 2:25-CV-0171-TOR<br><br>ORDER OF DISMISSAL |

  BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 17).  The stipulation provides that each party will bear their own costs, attorneys' fees, and expenses.  The Court has reviewed the record and files herein and is fully informed.

  Per Rule 41(a)(1)(B), a plaintiff may voluntarily dismiss an action by filing a stipulation signed by all parties who have appeared.

//

//

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to Rule 41(a)(1)(B) and the parties' stipulation, this action is **DISMISSED** with prejudice, with leave, upon good cause shown within sixty (60) days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated.  Each party shall bear their own costs, attorneys' fees, and expenses.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel and **CLOSE** the file.

DATED February 5, 2026.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2